UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Duane Gibson,**

    **Plaintiff,**

    **v.**                                      Case No. 2:12–cv–955

**John DesMarais,** *et al.*,            Judge Michael H. Watson

    **Defendants.**

### ORDER

    Plaintiff brings this prisoner civil rights action under 42 U.S.C. § 1983. On September 19, 2014, the Magistrate Judge issued a report and recommendation ("R&R") recommending that the Court dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. R&R 3, ECF No. 30. The R&R specifically instructed Plaintiff on the procedure for filing objections and warned him of the consequences of failing to object. *Id.* at 3–4.

    To date, Plaintiff has not filed any objections and the deadline for doing so has expired. Consequently, the Court **ADOPTS** the R&R and **DISMISSES** this action **WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Clerk shall enter final judgment accordingly and remove this case and any pending motions from the Civil Justice Reform Act report.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**